IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VICKI CHAMBLISS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-cv- 4175-JPG |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS and BRENT FINLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Counts I and II is entered in favor of defendants Illinois Department of Corrections and Brent Finley, and that Counts I and II are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Count III is dismissed with prejudice.

**DATED:  February 15, 2007**            **NORBERT JAWORSKI**

                                         **By:s/Deborah Agans, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**